**\*\*E-filed 6/28/06\*\***

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **PAUL PUEY,** an individual, | Case No. 5:06-CV-02656-JF |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT RELIEF FROM DEFAULT** |
| **SUMMERMADNESS.COM,** an Internet domain name, | |
| Defendant. | |

Case No. 5:06-CV-02656-JF      **[PROPOSED] ORDER GRANTING RELIEF FROM DEFAULT**

1  Upon consideration of Plaintiff PAUL PUEY ("PLAINTIFF") Defendant
2  SUMMERMADNESS.COM's ("DEFENDANT") Stipulation For Relief From Default filed
3  on June 21, 2006, in the above captioned case, and good cause having been shown
4  therefore:
5      IT IS HEREBY ORDERED that DEFENDANT be granted relief from default.
6
7  Respectfully submitted,
8
9  DATED: June 21, 2006.          **KRONENBERGER HANLEY, LLP**
10
11                                  By:   /s/
12                                  Karl S. Kronenberger
                                    Attorneys for PLAINTIFF
13  DATED: June 21, 2006.
14
15                                  By: _____
16                                  John Berryhill
                                    Attorney for Name Administration, Inc., the
17                                  former registrant and owner of
                                    SUMMERMADNESS.COM
18
19  IT IS SO ORDERED:
20
21  DATED: 6/23, 2006.
22
23                                  By: _____
                                    U.S. DISTRICT COURT JUDGE
24                                  Jeremy Fogel
25
26
27
28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On June 22, 2006, I served the following document(s):

1. [PROPOSED] ORDER GRANTING DEFENDANT RELIEF FROM DEFAULT

on the parties listed below as follows:

**SUMMERMADNESS.COM**
   c/o Name Administration, Inc.
   Box 10518 APO
   Grand Cayman, Cayman Islands

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL via the online contact form located at http://nameadmininc.com/contact.html. This email contained a link to access PDF files of the above listed document(s) which is/are hosted on Kronenberger Hanley, LLP's domain - http://kronenbergerlaw.com/filings/06.22.06.pdf.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jonathan S. Tam