**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

**E-filed 7/12/06**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **PAUL PUEY,** an individual, | Case No. 5:06-CV-02656-JF |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |
| **SUMMERMADNESS.COM,** an Internet domain name, | |
| Defendant. | |

Case No. 5:06-CV-02656-JF    **NOTICE OF VOLUNTARY DISMISSAL**

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff PAUL
2  PUEY ("PLAINTIFF") voluntarily dismisses the above-captioned action with prejudice.

4  Respectfully submitted,

6  DATED: June 21, 2006.     **KRONENBERGER HANLEY, LLP**

8  By:  /s/
9  Karl S. Kronenberger
   Attorneys for PLAINTIFF

11  IT IS SO ORDERED 7/12/06.

13  JUDGE JEREMY FOGEL, US DISTRICT COURT

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On June 22, 2006, I served the following document(s):

**1. NOTICE OF VOLUNTARY DISMISSAL**

on the parties listed below as follows:

**SUMMERMADNESS.COM**
c/o Name Administration, Inc.
Box 10518 APO
Grand Cayman, Cayman Islands

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL via the online contact form located at http://nameadmininc.com/contact.html. This email contained a link to access PDF files of the above listed document(s) which is/are hosted on Kronenberger Hanley, LLP's domain - http://kronenbergerlaw.com/filings/06.22.06.pdf.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Jonathan S. Tam*